UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 13-14457-CIV-GRAHAM/LYNCH

MALIBU MEDIA, LLC,

    Plaintiff,

vs.

JOHN DOE, subscriber assigned IP address 50.150.152.207,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Plaintiff's First Motion for Extension of Time within Which it has to Serve Defendant with a Summons and Complaint [D.E. 8].

**THE COURT**, has considered the Motion and the pertinent portions of the record, and is otherwise fully advised in the premises.

Plaintiffs request an extension of time to serve Defendant with a Summons and Complaint asserting that it does not expect a response to its third party subpoena from Defendant's ISP, Comcast Holdings, LLC, until May 9, 2014. Plaintiff's deadline to effectuate service on Defendant was April 2, 2014. Plaintiff now seeks an extension until June 9, 2014. However, Plaintiff has asserted no reason why Comcast has not responded to the subpoena within a reasonable time. Perhaps Plaintiff should be seeking a motion to compel Comcast to provide the requested information in a

timely fashion. Plaintiff has known since the case was filed that it did not have true identity. Yet, Plaintiff is now requesting an extension on the date in which service is due.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's First Motion for Extension of Time within Which it has to Serve Defendant with a Summons and Complaint [D.E. 8] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of April, 2014.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE